NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHARLES RAY GORDON, )
)
      Appellant, )
)
v. )   Case No. 2D18-3145
)
STATE OF FLORIDA, )
)
      Appellee. )
_____ )

Opinion filed February 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Nancy Moate Ley,
Judge.

PER CURIAM.

      Affirmed.  See Carbajal v. State, 75 So. 3d 258 (Fla. 2011); DuBoise v.

State, 520 So. 2d 260 (Fla. 1988); State v. King, 426 So. 2d 12 (Fla. 1982); McDonald

v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Doby v. State, 25 So. 3d 598 (Fla. 2d

DCA 2009); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Valdez-Garcia v.

State, 965 So. 2d 318 (Fla. 2d DCA 2007); Steward v. State, 931 So. 2d 133 (Fla. 2d

DCA 2006); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Brown v. State,

827 So. 2d 1054 (Fla. 2d DCA 2002); Desmond v. State, 576 So. 2d 743 (Fla. 2d DCA

1991); Budd v. State, 477 So. 2d 52 (Fla. 2d DCA 1985); McMillan v. State, 832 So. 2d

946 (Fla. 5th DCA 2002); <u>Harris v. State</u>, 789 So. 2d 1114 (Fla. 1st DCA 2001); <u>Hart v. State</u>, 761 So. 2d 334 (Fla. 4th DCA 1998).

KELLY, MORRIS, and SLEET, JJ., Concur.